| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 3144073 | DATE 11/14/2024 |
|---|---|---|---|---|
| **NAME** BLEVINS, Corey Lebron | **OFFICER** Jovonne Jones | **JUDGE** Terrence G. Berg | | **DOCKET #** 21-CR-20314-01 |

| ORIGINAL SENTENCE DATE 07/10/2017 | SUPERVISION TYPE Supervised Release | CRIMINAL HISTORY CATEGORY I | TOTAL OFFENSE LEVEL 25 | PHOTO |
|---|---|---|---|---|
| COMMENCED 04/20/2021 | | | | |
| EXPIRATION 04/19/2025 | | | | |
| **ASST. U.S. ATTORNEY** Sara Woodward | **DEFENSE ATTORNEY** To Be Determined | | | |
| **REPORT PURPOSE** **TO ISSUE A WARRANT** | | | | |
| **ORIGINAL OFFENSE** Count 5: 21 U.S.C. § 841(a)(1), Possession with Intent to Distribute 100 Grams or More of Heroin | | | | |

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 60 months, to be followed by a four-year term of supervised release.

Name of Sentencing Judicial Officer: Honorable Robert C. Chambers, Southern District of West Virginia. Jurisdiction accepted by the Honorable Terrence G. Berg on 05/10/2021.

**ORIGINAL SPECIAL CONDITIONS**

The defendant will participate in a program of testing, counseling and treatment for drug and alcohol abuse as directed by the probation officer.

The defendant is not a legal resident of the Southern District of West Virginia; therefore, the period of supervised release is to be administered by the district where the defendant is a legal resident and/or the district where a suitable release plan has been developed.

The defendant shall comply with the Standard Conditions of Supervision adopted by the Southern District of West Virginia in Local Rule of Criminal Procedure 32.3, as follows:

1. If the offender is unemployed, the probation officer may direct the offender to register and remain active with Workforce West Virginia.

| PROB 12C (Rev. 08/18) | VIOLATION REPORT PART 1: PETITION FOR WARRANT | U. S. Probation Office Eastern District of Michigan | PACTS 3144073 | DATE 11/14/2024 |
|---|---|---|---|---|
| NAME BLEVINS, Corey Lebron | OFFICER Jovonne Jones | JUDGE Terrence G. Berg | | DOCKET # 21-CR-20314-01 |

2. Offenders shall submit to random urinalysis or any drug screening method whenever the same is deemed appropriate by the probation officer and shall participate in a substance abuse program as directed by the probation officer. Offenders shall not use any method or device to evade a drug screen.
3. As directed by the probation officer, the defendant will make copayments for drug testing and drug treatment services at rates determined by the probation officer in accordance with a court-approved schedule based on ability to pay and availability of third-party payments.
4. A term of community service is imposed on every offender on supervised release or probation. Fifty hours of community service is imposed on every offender for each year the offender is on supervised release or probation. The obligation for community service is waived if the offender remains fully employed or actively seeks such employment throughout the year.
5. The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

Criminal Monetary Penalty:  Special Assessment $100.00 (Paid)

The probation officer believes that the offender has violated the following condition(s) of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME." <br><br> On March 23, 2023, BLEVINS was stopped by the Detroit (Michigan) Police Department and issued a traffic citation for driving with no insurance. Details of the stop were not made available to the Probation Department. <br><br> BLEVINS was charged in the 36th District Court, Detroit, Michigan, with the misdemeanor offense of No Insurance (Docket No.: P14425751 D01 OT).  BLEVINS was scheduled to appear before Judge Tenisha Yancey on May 22, 2023, and August 21, 2023, for a show cause hearing, however, BLEVINS failed to appear on both occasions. On August 24, 2023, a warrant was issued. <br><br> The warrant for BLEVINS remains active. |
| 2 | **Violation of Standard Condition No. 2:**  "AFTER INITIALLY REPORTING TO THE PROBATION OFFICE, YOU WILL RECEIVE INSTRUCTIONS FROM THE COURT OR THE PROBATIONOFFICER ABOUT HOW AND WHEN YOU MUST REPORT TO THE PROBATION OFFICER, AND YOU MUST REPORT TO THE PROBTION OFFICER AS INSTRUCTED." <br><br> On September 19, 2024, this officer contacted BLEVINS on his last reported telephone number via text message and this officer instructed BLEVINS to submit his monthly report; however, he failed to do so. |

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 3144073 | DATE 11/14/2024 |
|---|---|---|---|---|
| **NAME** BLEVINS, Corey Lebron | **OFFICER** Jovonne Jones | **JUDGE** Terrence G. Berg | | **DOCKET #** 21-CR-20314-01 |

On October 3, 2024, this officer mailed a letter to BLEVINS' address on file instructing him to report to the Probation Department on October 10, 2024, at 9:30am. However, he ultimately failed to report as directed.

On October 8, 2024, this officer attempted to visit the home where BLEVINS stated that he resided with his mother, which is in an apartment building. This officer rang the bell for BLEVINS and his mother's residence, however, there was no answer, and this officer could not gain access into the building. While outside of the apartment, this officer contacted BLEVINS and his mother via telephone and left voicemails instructing them to contact this officer. As of this writing, this officer has not received a return call.

On October 15, 2024, this officer again attempted to contact BLEVINS by phone. There was no answer, and a voicemail was left instructing BLEVINS to contact this officer. A text message was also sent by this officer instructing BLEVINS to report or a warrant would be issued. BLEVINS did not respond to this officer or report to the Probation Department.

As of this writing, BLEVINS has failed to report as directed and has not had any contact with this writer. BLEVINS has made his whereabouts unknown and has therefore absconded from supervision.

3     **Violation of Standard Condition No. 7:** YOU MUST WORK FULL-TME (AT LEAST 30 HOURS PER WEEK) AT A LAWFUL TYPE OF EMPLOYMENT, UNLESS THE PROBATION OFFICER EXCUSES YOU FROM DOING SO. IF YOU DO NOT HAVE FULL-TIME EMPLOYMENT YOU MUST TRY TO FIND FULL-TIME EMPLOYMENT, UNLESS THE PROBATION OFFICER EXCUSES YOU FROM DOING SO. IF YOU PLAN TO CHANGE WHERE YOU WORK OR ANYTHING ABOUT YOUR WORK (SUCH AS YOUR POSITION OR YOUR JOB RESPONSIBILITIES), YOU MUST NOTIFY THE PROBATION OFFICER AT LEAST 10 DAYS BEFORE THE CHANGE. IF NOTIFYING THE PROBATION OFFICER AT LEAST I0 DAYS IN ADVANCE IS NOT POSSIBLE DUE TO UNANTICIPATED CIRCUMSTANCES, YOU MUST NOTIFY THE PROBATION OFFICER WITHIN 72 HOURS OF BECOMING AWARE OF A CHANGE OR EXPECTED CHANGE."

On November 16, 2023, BLEVINS reported and provided this officer with a contract from Manufacturing Technologies Inc., which stated that BLEVINS was hired as an Independent Contractor for Purchased Services. Throughout BLEVINS term of supervised release, he provided this officer with direct deposits confirmations from the company to verify employment.

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 3144073 | DATE 11/14/2024 |
|---|---|---|---|---|
| **NAME** BLEVINS, Corey Lebron | **OFFICER** Jovonne Jones | **JUDGE** Terrence G. Berg | | **DOCKET #** 21-CR-20314-01 |

On November 12, 2024, this officer emailed Manufacturing Technologies Inc., to confirm BLEVINS' employment and see if BLEVINS had been to work. The human resources department of the company stated that BLEVINS is not an employee with their company and there is no record of him ever working for their company.

| I declare under penalty of perjury that the foregoing is true and correct. **PROBATION OFFICER** s/Jovonne Jones/lnb/slg (313) 234-5457 | **DISTRIBUTION** Court |
|---|---|
| **SUPERVISING PROBATION OFFICER** s/Steven M. Ely 313 234-5583 | **PROBATION ROUTING** Data Entry |

**THE COURT ORDERS:**

[ X ]   The issuance of a warrant

[ ]   Other

s/Terrence G. Berg
United States District Judge

11/15/2024
Date

Page **4** of **4**